IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, CHRISTEEN MCLAIN, JOHN MCLAIN, MOLLY MCLAIN, MIRA MCLAIN, AND MATTHEW MCLAIN, AS BENEFICIARIES OF THE ESTATE OF BERNARD MCLAIN, AND MARY MCLAIN, INDIVIDUALLY AS BENEFICIARY OF THE ESTATE OF BERNARD MCLAIN AND AS TRUSTEE OF THE E-3 RANCH TRUST, <br><br>        Plaintiffs, <br><br> vs. <br><br> FRANCIS MCLAIN, INDIVIDUALLY AND AS CO-MANAGER OF TERA BANI RETREAT MINISTRIES, CAROLINE MCLAIN, INDIVIDUALLY AND AS MANAGING DIRECTOR OF TERA BANI RETREAT MINISTRIES, ALAKHI JOY MCLAIN, SOHNJA MAY MCLAIN, AND DANE SEHAJ MCLAIN, AS PURPORTED CERTIFICATE HOLDERS OF THE E-3 RANCH TRUST, <br><br>        Defendants. <br><br> THE UNITED STATES OF AMERICA, <br>        Intervenor Defendant and | CV 16-36-BLG-SPW-TJC <br><br> **ORDER** |

|  |  |
|---|---|
| Counter/Cross-Claimant, | |
| vs. | |
| FAITH MCLAIN, CHRISTEEN MCLAIN, JOHN MCLAIN, MOLLY MCLAIN, MIRA MCLAIN, AND MATTHEW MCLAIN, as Beneficiaries of THE ESTATE OF BERNARD MCLAIN; and MARY MCLAIN, as Beneficiary of the ESTATE OF BERNARD MCLAIN, and as Trustee of the E-3 RANCH TRUST, | |
| Counterclaim Defendants and | |
| FRANCIS MCLAIN, individually, and as Co-Manager of TERA BANI RETREAT MINISTRIES; CAROLINE MCLAIN, individually, and as Managing Director of TERA BANI RETREAT MINISTRIES; and ALAKHI JOY MCLAIN, SOHNJA MAY MCLAIN, AND DANE SEHAJ MCLAIN, as Beneficiaries of the E-3 RANCH TRUST, | |
| Crossclaim Defendants and | |
| AMERICAN BANK OF MONTANA and BRAD D. HALL | |
| Additional Defendants on United States' claims. | |

Before the Court is Defendant Francis ("Frank") McLain's Motion for the Court to Certify that the Orders of March 6, 2018 and November 9, 2020 are Final Judgments. (Doc. 222.) The Court notes that Frank failed to adhere to Local Rule 7.1, which states:

> (a) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion. Parties that have not yet appeared in the action or whose default has been entered need not be contacted. This Rule 7.1(c)(1) does not apply to any party in a case filed by a self-represented prisoner.
>
> (b) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required.

Accordingly, **IT IS ORDERED** that Frank's Motion (Doc. 222) is **DENIED** with leave to renew.

DATED this 12th day of January, 2020.

                                                                                     _____
                                                                                       TIMOTHY J. CAVAN
                                                                                       United States Magistrate Judge