# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, CHRISTEEN MCLAIN, JOHN MCLAIN, MOLLY MCLAIN, MIRA MCLAIN, AND MATTHEW MCLAIN, AS BENEFICIARIES OF THE ESTATE OF BERNARD MCLAIN, AND MARY MCLAIN, INDIVIDUALLY AS BENEFICIARY OF THE ESTATE OF BERNARD MCLAIN AND AS TRUSTEE OF THE E-3 RANCH TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCIS MCLAIN, INDIVIDUALLY AND AS CO-MANAGER OF TERA BANI RETREAT MINISTRIES, CAROLINE MCLAIN, INDIVIDUALLY AND AS MANAGING DIRECTOR OF TERA BANI RETREAT MINISTRIES, ALAKHI JOY MCLAIN, SOHNJA MAY MCLAIN, AND DANE SEHAJ MCLAIN, AS PURPORTED CERTIFICATE HOLDERS OF THE E-3 RANCH TRUST, <br><br> Defendants. | Civil No. 1:16-cv-00036-SPW-TJC <br><br><br><br><br><br> ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF DERRICK L. BRAATEN |

THE UNITED STATES OF AMERICA,

      Intervenor Defendant  and
      Counter/Cross Claimant,

          v.

FAITH MCLAIN, CHRISTEEN
MCLAIN,
JOHN MCLAIN, MOLLY MCLAIN,
MIRA MCLAIN, AND MATTHEW
MCLAIN, as Beneficiaries of THE
ESTATE OF BERNARD MCLAIN; and
MARY MCLAIN, as Beneficiary of the
ESTATE OF BERNARD MCLAIN, and
as Trustee of the E-3 RANCH TRUST,

      Counterclaim Defendants,

      and

FRANCIS MCLAIN, Individually, and
as Co-Manager of TERA BANI
RETREAT MINISTRIES; CAROLINE
MCLAIN, Individually, and as Managing
Director of TERA BANI RETREAT
MINISTRIES; and ALAKHI JOY
MCLAIN, SOHNJA MAY MCLAIN,
AND DANE SEHAJ MCLAIN, as
Beneficiaries of the E-3 RANCH
TRUST,

      Crossclaim Defendants,

      and

AMERICAN BANK OF MONTANA,

      Additional Defendant on
      United States' Claims

Plaintiffs Molly McLain, Mira McLain and Matthew McLain move for the admission of Derrick L. Braaten to practice before the Court in the above captioned matter with Timothy Q. Purdon of Bismarck, North Dakota, designated as local counsel.  The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiffs Molly McLain, Mira McLain, and Matthew McLain's motion to admit Derrick L. Braaten to appear *pro hac vice* (Doc. 231) is GRANTED and he is authorized to appear as counsel with Timothy Q. Purdon pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 23rd day of March, 2021.

SUSAN P. WATTERS
United States District Court Judge