UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, et al., | CV 16-36-BLG-SPW |
| Plaintiffs, | ORDER |
| vs. | |
| FRANCIS MCLAIN, et al., | |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Intervenor Defendant and Counter/ Cross-Claimant. | |
| vs. | |
| FAITH MCLAIN, et al., | |
| Counterclaim Defendants and | |
| FRANCIS MCLAIN, et al., | |
| Crossclaim Defendants and | |

AMERICAN BANK OF MONTANA, et al.,

    Additional Defendants on United States' claims.

Counsel of record for Plaintiffs Faith McLain, Christeen McLain, John McLain, and Mary McLain has filed an unopposed motion to reschedule the currently assigned trial date in the above entitled matter. Counsel states the motion is unopposed, however, counsel fails to provide any rationale for the request. Without rationale, the Court cannot determine whether the request shows good cause. Accordingly,

**IT IS HEREBY ORDERED** that Counsel's motion (Doc. 233) is **DENIED** with leave to re-file.

DATED this 8th day of April, 2021.

/s/ Susan P. Watters
Honorable Susan P. Watters,
United States District Judge