IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, ET AL., | CV 16-36-BLG-SPW |
| Plaintiffs, | |
| vs. | ORDER |
| FRANCIS MCLAIN, ET AL., | |
| Defendants. | |

The Court having been notified of the partial settlement of this case (Doc. 243),

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing certain portions of the case.

IT IS FURTHER ORDERED that upon receipt of the Stipulation and issuance of the Order dismissing, the Court will schedule a status conference regarding going forward with trial on the remaining issues.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 4th day of August, 2021.

SUSAN P. WATTERS
United States District Judge