IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, et al., | CV 16-36-BLG-SPW |
| Plaintiffs, | |
| v. | |
| FRANCIS MCLAIN, et al., | **ORDER** |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Intervenor Defendant. | |

Upon the United States' Unopposed Motion to Continue Trial and Related Pretrial Proceedings (Doc. 256), and for good cause appearing,

**IT IS HEREBY ORDERED** that the final pretrial conference set for October 7, 2021 at 1:30 p.m. and the trial currently set for October 18, 2021 at 9:00 a.m. and related pretrial proceedings set forth in the Court's April 19, 2021 Order (Doc. 238) are **VACATED.** The Court will issue a new trial order following the telephonic Status Conference set for September 28, 2021 at 9:30 a.m.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of September, 2021.

SUSAN P. WATTERS
United States District Court Judge