IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, et al., | CV 16-36-BLG-SPW |
| Plaintiffs, | |
| v. | |
| FRANCIS MCLAIN, et al., | **ORDER** |
| Defendants. | |
| THE UNITED STATES OF AMERICA, | |
| Intervenor Defendant. | |

A telephonic scheduling conference was held on September 28, 2021. Alexander Roots and Frank McLain appeared on behalf of Defendants. Ryan Watson appeared on behalf of Intervenor Defendant the United States. After discussion and upon agreement of the parties,

**IT IS HEREBY ORDERED** that, due to the Plaintiffs' recent dismissal from the case, the motions deadline shall be re-opened. Parties shall file motions by **November 29, 2021**. Pending resolution of those motions, the Court shall issue a subsequent scheduling order setting a new trial date if needed.

The Clerk of Court is directed to notify the parties of the making of this Order.

- 2 -

DATED this 28th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge