IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FAITH MCLAIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FRANCIS MCLAIN, et al., <br><br> Defendants. <br><br> THE UNITED STATES OF AMERICA, <br><br> Intervenor Defendant. | CV 16-36-BLG-SPW <br><br> ORDER |

Pursuant to the parties' Stipulation for a Nonjury Trial filed on October 18, 2022, (Doc. 306), IT IS HEREBY ORDERED that the matter is set for a bench trial on November 14, 2022.

IT IS FURTHER ORDERED that Intervenor Defendant The United States of America's Motion to Strike Jury Demand (Doc. 289) is DENIED as moot.

DATED this 18th day of October, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1