# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Intervenor Defendant,<br><br>vs.<br><br>FRANCIS MCLAIN, Individually, and as Co-Manager of TERA BANI RETREAT MINISTRIES; CAROLINE MCLAIN, Individually, and as Managing Director of TERA BANI RETREAT MINISTRIES; and ALAKHI JOY MCLAIN, SOHNJA MAY MCLAIN, AND DANE SEHAJ MCLAIN, as Beneficiaries of the E-3 RANCH TRUST,<br><br>Defendants. | Cause No. CV-16-036-BLG-SPW<br><br><br>**ORDER GRANTING MOTION TO ATTEND FINAL PRETRIAL CONFERENCE REMOTELY** |

Upon the Defendants Francis McLain and Caroline McLain's Unopposed Motion to Attend Final Pretrial Conference Remotely (Doc. 312), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Francis McLain and Caroline McLain may attend the Final Pretrial Conference in this

*1*

matter on November 3, 2022 at 1:30 p.m. via ZOOM.

The instructions for attending via ZOOM are as follows:

https://mtd.zoomgov.com

Mtg. Code: 160 6666 1077

Passcode: 548864

DATED this 2nd day of November, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge