IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CV 16-36-BLG-SPW |
| Intervenor Defendant, | |
| vs. | ORDER |
| FRANCIS MCLAIN, Individually, and as Co-Manager of TERA BANI RETREAT MINISTRIES; CAROLINE MCLAIN, Individually, and as Managing Director of TERA BANI RETREAT MINISTRIES; and ALAKHI JOY MCLAIN, SOHNJA MAY MCLAIN, AND DANE SEHAJ MCLAIN, as Beneficiaries of the E-3 RANCH TRUST, | |
| Defendants. | |

Before the Court is Defendants Francis and Caroline McLain's Motion for the Admission of Exhibits 14, 17, and 515 in relation to the trial held on November 14, 2022. (Doc. 324). The United States did not object to the motion.

IT IS HEREBY ORDERED that Exhibits 14, 17, and 515 are ADMITTED.

DATED this 20th day of December, 2022

SUSAN P. WATTERS
United States District Judge

1