IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Intervenor<br>　　　　　Defendant,<br><br>vs.<br><br>FRANCIS MCLAIN, Individually, and as Co-Manager of TERA BANI RETREAT MINISTRIES; CAROLINE MCLAIN, Individually, and as Managing Director of TERA BANI RETREAT MINISTRIES; and ALAKHI JOY MCLAIN, SOHNJA MAY MCLAIN, AND DANE SEHAJ MCLAIN, as Beneficiaries of the E-3 RANCH TRUST,<br><br>　　　　　Defendants. | CV 16-36-BLG-SPW<br><br>ORDER |

Before the Court is Defendants Francis McLain, et al.'s ("Defendants") Amended Proposed Findings of Fact. (Doc. 331).

The parties were required to file proposed findings of fact and conclusions of law by December 16, 2022. Both parties did so. (Doc. 328, 329). Defendants then filed Amended Proposed Findings of Fact on December 23, 2022, without leave of the Court. Defendants cannot file an amended proposed findings of fact and conclusions of law after the deadline without leave of the Court.

1

IT IS SO ORDERED that Defendants Francis McLain, et al.'s ("Defendants") Amended Proposed Findings of Fact (Doc. 331) is stricken.

DATED this 3rd day of January, 2023.

_____
SUSAN P. WATTERS
United States District Judge